UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| DEAN J. LUCAS | * | CIVIL ACTION |
| | * | |
| vs | * | NO. 1:13-cv-00748 |
| | * | |
| GENERAL MOTORS LLC | * | |
| | * | HON. JUDGE JAMES TRIMBLE, JR. |
| | * | |
| | * | HON. MAG. JUDGE JAMES D. KIRK |
| | * | |

************************************ **

State of Michigan

County of Macomb

## AFFIDAVIT OF KATHRYN ANDERSON

BEFORE ME the undersigned authority, came and appeared

**KATHRYN ANDERSON**

who stated under oath that:

### Authentication of Report and Attachments

(1)  A copy of my expert report dated June 10, 2014 that was prepared for this lawsuit is attached to this Affidavit.

(2)  A copy of my curriculum vitae is attached to this Affidavit.

(3) The information contained in my expert report and curriculum vitae is accurate.

### Qualifications

(4)  Pages 1-2 of my expert report and my curriculum vitae contain an accurate summary of my knowledge, skill, experience, training, and education to offer expert opinions about the design and performance of the restraint systems in the 2008 GMC Sierra heavy duty pick-up truck involved in this case and whether the injuries sustained by Mr. Lucas in this crash

were caused by an unreasonably dangerous condition of the frontal airbag system in his truck.

**Sufficient Facts and Data**

(5) The facts and data that I rely on for my expert opinions in this case are identified on pages 2-6 of my expert report.

**Reliable Principles and Methods Used**

(6) Pages 6-16 of my expert report describe the principles and methods that I used to reach my expert opinions in this case.

(7) The principles and methods that I used to reach my expert opinions in this case are reliable.

(8) Pages 6-16 of my expert report explain how I applied the principles and methods that I used reliably to the facts of the case.

**Opinions Reached**

(9) I hold the following opinions to a reasonable degree of engineering certainty:

    a. The 2008 GMC Sierra 2500HD heavy duty crew cab pick-up truck that Mr. Lucas was driving did not experience a sufficient level of longitudinal deceleration in the crash at issue in this lawsuit to result in an above threshold, deployment level frontal impact;

    b. Frontal air bags are designed to deploy in those crashes where the occupant is likely to be at risk of sustaining life-threatening head and chest injuries, or other similarly significant injuries;

    c. In the crash at issue, Mr. Lucas did not sustain life-threatening head and chest injuries, or other similarly significant injuries;

    d. The severity of the injuries Mr. Lucas sustained in the crash at issue would likely not have been reduced if the driver's frontal air bag had deployed in that crash;

    e. Due to his position close to the steering wheel at the time of the impact during the crash at issue, Mr. Lucas's injuries may have been worse if the driver's frontal air bag had deployed in that crash;

f. The injuries Mr. Lucas sustained in the crash at issue were not caused by a defect in the frontal air bag system in his 2008 GMC Sierra 2500HD heavy duty truck; and

g. The design of the frontal airbag system in the 2008 GMC Sierra 2500HD heavy duty truck at issue in this lawsuit is reasonably safe and was not unreasonably dangerous.

*Kathryn Anderson*
KATHRYN ANDERSON

Sworn to and subscribed before me this 18 day of June, 2014.

*Gaynelle Fisher*
Notary Public

My Commission Expires: 5/1/2015

```
GAYNELLE FISHER
Notary Public, State of Michigan
County of Oakland
My Commission Expires May. 01, 2015
Acting in the County of Macomb
```