# Kathryn Francis Anderson

General Motors North America
30200 Mound Road, Mail Code 480-111-E20
Warren, Michigan  48090

## EXPERIENCE

**Senior Staff Engineer**                **General Motors Global Vehicle Safety, Warren, MI**          **June 2001 - Present**
**– General Motors Technical Fellow**

### ENGINEERING ANALYSIS / FIELD PERFORMANCE ASSESSMENT
- Assess the field performance of current and past product restraint systems, and provide technical expertise in the area of occupant protection, restraint systems, and biomechanics.
  - Provide technical engineering analysis in support of litigation
  - Provide engineering consultation and mentoring to Vehicle Engineering Center restraint system development engineers
  - Provide expert peer review of product programs through the Performance Assessment Committee
  - Advise Vehicle Engineering Center restraint system development engineers in understanding and interpreting the tools available for assessing submarining potential in tests run with belted dummies.
  - Perform research testing and data analysis for the Occupant Safety Research Partnerships (OSRP) USCAR program for evaluation of the Hybrid III 10-year-old crash test dummy and the RID 2 rear impact test dummy.
  - Functioned as the 2002 Occupant Safety Research Partnerships (OSRP) Management Committee Secretary.
  - Participate in the International Center for Automotive Medicine (ICAM) project and Crash Injury Research Engineering Network (CIREN) project at the University of Michigan Trauma Burn Center in Ann Arbor, MI.  These projects conduct extensive accident investigations and reviews of vehicle crashes and the resulting occupant injuries.
  - Engineering Research Fellow at the University of Michigan Program for Injury Research and Education (UMPIRE).  This fellowship involves analyzing motor vehicle crashes, the related injuries, the treatment of those injuries and the patient outcomes with a multi-disciplinary team of medical doctors, engineers, researchers and support staff in the University of Michigan Trauma Burn Center.

**Senior Project Engineer**       **General Motors Safety Integration Center, Warren, MI**          **July 2000 – August 2001**

### OCCUPANT PROTECTION AND BIOMECHANICAL RESEARCH
- Conducted research relevant to the advancement of occupant protection improvements in a variety of crash conditions, and provided subject matter expertise in the area of occupant performance and occupant restraints.
  - Provided engineering consultation and mentoring to Vehicle Engineering Center restraint system development engineers
  - Provided expert peer review of product programs through the Performance Assessment Committee
  - Evaluated high speed rear impacts to support future design direction for several GM programs and to support potential FMVSS 301 future rulemaking
  - Performed research testing and data analysis for the Occupant Safety Research Partnerships USCAR program for evaluation of the BioRID II rear impact test dummy.
  - Participated in the Crash Injury Research Engineering Network (CIREN) project at the University of Michigan Trauma Burn Center in Ann Arbor, MI.  This project conducts extensive accident investigations and reviews of vehicle crashes and the resulting occupant injuries.

**Senior Project Engineer**       **General Motors NAO Car Group Interiors, Warren, MI**          **June 1991-July 2000**

### RESTRAINT SYSTEMS DESIGN / RELEASE ENGINEERING
- Design responsible for the steering wheels, driver air bag (DSIR module), and passenger air bag (PSIR module) for the 1997 Pontiac Grand Prix, 2000-2001 Chevrolet Impala, and 2000-2001 Chevrolet Monte Carlo programs
  - Managed product development team deliverables to achieve program timing, cost, commonality, and change management objectives
  - Coordinated the design of the steering wheels and air bag modules to meet packaging constraints and satisfy the requirements of the component supplier, vehicle assembly plant, and service technology group
  - Validated the product performance with respect to the functional criteria specifications by conducting component tests, math data design studies, and engineering part try-outs
  - Led the 2001 Chevrolet Impala and Monte Carlo dual stage air bag system project (new technology for the corporation) by developing test plans, balancing sensing and restraint system performance, coordinating electrical requirements, reviewing specifications and component requirements, and acquiring approval for project funds
  - Participated in the Crash Injury Research Engineering Network (CIREN) project at the University of Michigan Trauma Burn Center in Ann Arbor, MI.  This project conducts extensive accident investigations and reviews of vehicle crashes and the resulting occupant injuries.

### RESTRAINT SYSTEMS PERFORMANCE ENGINEERING
- Developed occupant protection systems for the 1993-1994 Buick Century / Oldsmobile Cutlass Ciera, the 1994 mini-van, 1995 Buick Century / Oldsmobile Cutlass Ciera Major (program canceled in June 1993), 1995 Chevrolet Lumina / Pontiac Grand Prix / Oldsmobile Cutlass Supreme / Buick Regal (belts), 1997 Pontiac Grand Prix, 2000-2001 Chevrolet Impala, and 2000-2001 Chevrolet Monte Carlo programs
  - Provided design direction for interior system changes based on assessments of restraint system hardware performance with respect to observed occupant kinematics
  - Coordinated barrier, sled, and component level tests run for evaluation of restraint system integrity and performance
  - Extensive experience with film analysis and Crashworthiness software to interpret component, sled, and barrier test data
  - Directed the fabrication of sled test fixtures and experimental restraint system components

# Kathryn Francis Anderson

**Project Engineer**    General Motors Research Technology Partnerships, Warren, MI    May 1996 - August 1996

**GENERAL MOTORS MOTORSPORTS SAFETY TECHNOLOGY RESEARCH PROGRAM**
- Classified severity and kinematics of CART and Indy Racing League Indy car accident events using video analysis and on-board acceleration measurement data
- Characterized the head restraint performance criteria for Indy cars through static material testing and dynamic mini-sled testing
- Researched the effects of protective head restraint padding in the Indy car cockpit, and the results, <u>Development of a Performance Specification for Indy Car Rear Impact Head Padding</u>, were presented by Dr. John W. Melvin at the 1998 SAE Motorsports Engineering Conference and Exposition.

**Research Assistant**    University of Cincinnati Medical Center, Cincinnati, Ohio    May 1990 - August 1990
                         Department of Physiology and Biophysics                       May 1989 - August 1989

**SPINAL CORD INJURY RESEARCH (in collaboration with the Veterans Administration Hospital)**
- Used electrophysiological engineering techniques to record intracellular spinal cord activity to study mechanisms of cell death
- Researched the effects of cocaine on the brain's memory using patch clamp recording techniques on brain tissue slices

**Manufacturing Engineer**    Ford Electronics and Refrigeration, Connersville, Indiana    June 1988 - August 1988

**FUEL RAIL MANUFACTURING DIVISION**
- Implemented statistical process control (SPC) procedures and created computerized SPC data collection procedures for monitoring the progress and efficiency of fuel rail manufacturing
- Developed employee instruction methods and visual aids for the fuel rail assembly process

## EDUCATION

**University of Michigan**    Ann Arbor, Michigan    1995-1997
- Masters of Science degree in biomedical engineering
- Graduate degree focus was in biomechanics
- General Motors Corporation Fellowship awarded for pursuit of graduate studies

**Purdue University**    West Lafayette, Indiana    1986-1990
- Bachelor of Science Degree in engineering
- Undergraduate degree focus was in biomedical engineering through the Interdisciplinary Engineering School

**Northwestern University**    Traffic Accident Reconstruction I    2002

## HONORS
- 2001 GM Chairman's Honors Award Nominee for the Go Fast Dual Stage Air Bag Implementation Team
- 1995-97 General Motors Corporation Fellowship
- 1998 Louis Schwitzer Award for Engineering Innovation and Excellence awarded by the Indianapolis Motor Speedway
- 1998 GM Chairman's Honors Award Nominee for the 2000 NAO Common Steering Wheel Team
- 1998 GM Chairman's Honors Award Nominee for the Warrren / Flint Common Long PSIR Module PDIT
- Cincinnati Milacron Foundation Scholarship (two years)
- Tau Beta Pi Engineering Honorary
- Purdue University Distinguished Student
- Golden Gavel Women's Leadership Honorary
- Skull and Crescent Sophomore Leadership Honorary

## ACTIVITIES
- Society of Automotive Engineers
- Purdue University Personal Connection Alumni Resource Program
- Junior Achievement Advisor
- Interdisciplinary Engineering Student Counselor
- Kappa Alpha Theta Sorority
- Society of Women Engineers
- Indianapolis 500 Festival Hostess
- Tri Kappa Service Organization

## PUBLICATIONS
- <u>A Comparison of the Hybrid III and BioRID II Dummies in Low-Severity, Rear-Impact Sled Tests</u>, presented by Agnes Kim, Ford Motor Company, at the 2001 STAPP Car Crash Conference.
- <u>Development and Field Performance of Indy Racing Car Head Impact Padding</u>, presented by Dr. John W. Melvin at the 2001 STAPP Car Crash Conference.
- <u>A Biofidelity Evaluation of the BioRID II, Hybrid III, and RID 2 for Use in Rear Impacts</u>, presented by Agnes Kim, Ford Motor Company, at the 2003 STAPP Car Crash Conference.
- <u>A Comparison of the BioRID II, Hybrid III and RID2 in Low-Severity Rear-Impacts</u>, presented by Agnes Kim, Ford Motor Company, at the 2005 ESV Conference.
- <u>Assessment of 3 and 6-Year-Old Neck Injury Criteria Based on Field Investigation, Modeling, and Sled Testing</u>, presented by Dr. Mark Sochor, University of Michigan Program for Injury Research and Education, at the 2006 SAE Congress.
- <u>Crash Data Collection Guide for GM Airbag Electronic Control Units</u>, published in Collision Magazine, Volume 5, Issue 2, Fall 2010, authored by Donald Floyd, Kathryn Anderson, Brian Everest, Angelo Peroff, Hamed Sadrnia, John Sprague and Lisa Stacey.