

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEAN J. LUCAS | CIVIL ACTION NO. 13-748 |
| VERSUS | JUDGE TRIMBLE |
| GENERAL MOTORS, LLC, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons expressed in the court's Memorandum Ruling issued this day in the above-captioned case, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that defendant's motion for summary judgment[1] is **GRANTED** in full and, therefore, all claims by plaintiff Dean J. Lucas against the sole remaining defendant, General Motors, LLC are **DENIED** and **DISMISSED** with prejudice.

Accordingly, the trial of this matter, now fixed as a second setting on September 29, 2014 is **CANCELLED**.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this ___8th___ day of August, 2014.

            JAMES T. TRIMBLE, JR.
            UNITED STATES DISTRICT JUDGE

---

[1] R. 18.